**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:                                                        Case No: 14-47795

Energy First Financial, LLC, et al.,[1]          Chapter 11

                                                             Jointly Administered

          Debtors.                                    Judge Thomas J. Tucker

_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION**
**TO CONVERT THESE JOINTLY-ADMINISTERED CASES TO CHAPTER 7**

These jointly administered cases are before the Court on the *Chapter 11 Trustee's Motion to Convert Case to Chapter 7* (Docket # 156, the "Motion"), and good and adequate notice of the Motion having been given and no objections to the Motion having been filed; and based in part on the stipulation filed on November 11, 2014 (Docket # 173), and the Court being fully advised in the premises:

**IT IS ORDERED** that these two jointly-administered cases are each converted to Chapter 7, effective immediately.

**IT IS FURTHER ORDERED** that Gene R. Kohut is appointed as the interim Chapter 7 Trustee.

.

**Signed on November 13, 2014**

                                             _____/s/ Thomas J. Tucker_____
                                             **Thomas J. Tucker**
                                             **United States Bankruptcy Judge**

_____

[1] The Debtors in these jointly administered cases include Energy First Financial, LLC (Case No. 14-47795) and Etsler Energy Enterprises (Case No. 14-47796).